FERDINAND J. KRONEMEYER, Respondent, *v.* CHARLES T. FROHNE, as Treasurer of Firemen's Endowment Association of the City of New York, Appellant.

Supreme Court, Appellate Term, First Department, July 6, 1943.

* See, also, *Imbrey* v. *Prudential Insurance Co.,* 286 N. Y. 434. — [REP.

*David C. Broderick* for appellant.

*Herbert E. Kaufman* and *Arthur L. Newman II* for respondent.

MEMORANDUM *Per Curiam.* The Trial Judge committed reversible error in refusing to allow defendant to introduce evidence of prior custom to explain the terms of ambiguous sections of the constitution and by-laws of the defendant association.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

HAMMER, SHIENTAG and HECHT, JJ., concur.